**Form 210B (10/06)**

# United States Bankruptcy Court
Northern District of Georgia

In re LANIKKA S SMITH                                Case# 12-57282

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

AES/PHEAA                                             AES/Brazos/US Bank Natnl
    Name of Transferee                          Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known) 2
should be sent:
PO Box 8147
Harrisburg, PA 17105                                 Amount of Claim:  $ 20,779.77
                                                     Date Claim Filed: 04/16/2012
Phone: 1-800-892-7576                                Phone: 717-720-3300
Last Four Digits of Acct #: 1283                     Last Four Digits of Acct. #: 1283
Name and Address where transferee payments:
P.O. Box 1463
Harrisburg PA 17105

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /S/ Teri Ann Fetterhoff                  Date: 5/3/2012
       Document Review Associate
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

Northern District of Georgia

In re LANIKKA S SMITH                              Case#12-57282

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 2  (if known) was filed or deemed filed under 11 U. S.C. § 1111(a) in this case by the alleged transfer or. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

AES                                                                AES/PHEAA
Name of Alleged Transferor                          Name of Transferee

Address of Alleged Transferor:                     Address of Transferee:
PO Box 8183                                              PO Box 8147
Harrisburg PA 17105                                    Harrisburg, PA 17105

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                   _____
                                                                      **CLERK OF THE COURT**